IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WHEATON EQUIPMENT CO., and Idaho Corporation, </br></br>       Plaintiff, </br></br>v. </br></br>FRANMAR, INC., a corporation; and FRANKLIN TOLBERT, </br></br>       Defendants. | Case No. CV-03-220-S-BLW </br></br>**JUDGMENT** |

In accordance with the Findings of Fact and Conclusions of Law filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Wheaton Equipment Co. shall have Judgment against Franmar, Inc. in the amount of $340,186.32.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, Franmar, Inc. shall have Judgment against Wheaton Equipment Co. in the amount of

**Judgment - 1**

$12,245.89.



DATED: **March 9, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 2**